**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELLENA MCZEAL,**

        **Plaintiff,**

**-vs-**                                              **Case No.   6:05-cv-486-Orl-28JGG**

**CHILDREN'S HOME SOCIETY OF FLORIDA,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Defendants', Children's Home Society of Florida and Andry Sweet, Motion to Dismiss and Motion to Strike Attachments to the Complaint (Doc. 12, filed May 4, 2005). Plaintiff has not filed a timely response. The Court hereby **GRANTS** Defendants' Motion to Dismiss Complaint and **DENIES** as moot Defendants' Motion to Strike. The Complaint is **DISMISSED without prejudice**. Plaintiff may file an Amended Complaint on or before June 17, 2005.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26th day of May, 2005.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge